# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:07-CR-164 MAC |
| § | |
| ROY LAFABE PORTER § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on December 11, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Camelia Lopez.

On August 20, 2008, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of one hundred thirteen (113) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base. Defendant began his term of supervision on February 24, 2014.

On August 27, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 583). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall refrain from any unlawful use of a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (4) Defendant shall notify the probation officer within seventy-

two hours of being arrested or questioned by a law enforcement officer; and (5) Defendant shall abstain from the use of alcohol during the term of supervision.

The Petition alleges that Defendant committed the following violations: (1) On February 14, 2015, Defendant was arrested by Texas Department of Public Safety for Possession of a Controlled Substance PG 1 >= 1G <4G Analogue; Open Container; and No Driver's License. According to the arrest report, troopers pulled over Defendant and found two cups containing Gin inside his vehicle and two baggies of Cocaine on the ground outside the vehicle. On February 15, 2015, Defendant pled guilty to Open Container, a Class C Misdemeanor in violation of Texas Penal Code § 49.031, and No Driver's License, a Class C Misdemeanor in violation of Texas Penal Code § 521.01. The Possession of a Controlled Substance charge was dismissed on November 29, 2017, for prosecutorial discretion. On March 19, 2018, Defendant was charged in Lamar County, Texas with Driving While License Invalid, a Class C Misdemeanor in violation of Texas Penal Code § 521; (2) On March 23, 2015, Defendant submitted a urine sample which tested positive for marijuana. The sample was forwarded to Alere Laboratory where it was confirmed to be positive; (3) On April 7, 2015, Defendant submitted a urine sample which tested positive for marijuana. The sample was forwarded to Alere Laboratory where it was confirmed to be positive. An interpretation report was received from the laboratory indicating that this was new use which occurred after the prior sample was collected on March 23, 2018. On November 17, 2016, Defendant submitted a urine sample which tested positive for cocaine. The sample was forwarded to Alere Laboratory where it was confirmed to be positive; (4) Defendant failed to notify the U.S. Probation Office of contact with the Paris Police Department on November 1, 2016. Defendant was questioned by police officers who were dispatched to a residence regarding a domestic disturbance and received a verbal warning. Defendant

failed to notify the U.S. Probation Office that Defendant was questioned by the Paris Police Department on July 25, 2018, regarding a complaint against Defendant for Criminal Mischief. Defendant failed to notify the U.S. Probation Office that he was questioned by the Paris Police Department on August 21, 2018. Defendant is suspected of hitting an individual with his vehicle and is currently being investigated for Aggravated Assault with a Deadly Weapon; and (5) On July 18, 2017, Defendant submitted a urine sample which tested positive for alcohol. The sample was confirmed by Redwood Laboratory and Defendant made a verbal admission. On February 7, 2018, Defendant submitted a urine sample which tested positive for alcohol. The sample was confirmed by Redwood Laboratory.

At the hearing, Defendant entered a plea of true to allegation 3. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the December 11, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of sixteen and one half (16 1/2) months, with no supervised release to follow, to run consecutively to any other sentence being served. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Texarkana, if appropriate.

SIGNED this 12th day of December, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE